```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00732
    AMY J HARGROVE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-5771


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/16/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/18/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO  SECURED VEHIC     15713.00       1574.92       3999.49
NATIONAL AUTO FINANCE CO  UNSECURED             .11            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         12188.24            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        10355.31            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00            .00
ARONSON FURNITURE         UNSECURED        NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED           502.00           .00            .00
CREDIT SOLUTIONS CORP     UNSECURED        NOT FILED           .00            .00
DEBT RECOVERY SOLUTIONS   UNSECURED        NOT FILED           .00            .00
KAPLAN COLLEGE ONLINE     UNSECURED        NOT FILED           .00            .00
MONTEREY FINANCIAL        UNSECURED           231.95           .00            .00
PLAZA ASSOCIATES JAF STA  UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           827.49           .00            .00
WEST ASSET MANAGEMENT     UNSECURED        NOT FILED           .00            .00
PREMIER BANKCARD          UNSECURED           424.52           .00            .00
MONTEREY FINANCIAL        SECURED            347.93          20.94         321.74
ILLINOIS DEPT OF REVENUE  UNSECURED           746.32           .00            .00
INTERNAL REVENUE SERVICE  SECURED          5189.00             .00         617.48
ILLINOIS DEPT OF REVENUE  PRIORITY         2520.65             .00            .00
THOMAS W DREXLER          DEBTOR ATTY      2,519.00                      1,346.32
TOM VAUGHN                TRUSTEE                                          570.77
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 8,451.66

PRIORITY                                           .00
SECURED                                       4,938.71

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00732 AMY J HARGROVE
```

```
    INTEREST                                                      1,595.86
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,346.32
TRUSTEE COMPENSATION                                                570.77
DEBTOR REFUND                                                          .00
                                       ----------------   ----------------
TOTALS                                         8,451.66           8,451.66
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```